### Town of Norwich v. Congden.

A person whose land is taken by a collector and sold for the payment of his taxes, is estopped to say in an action brought against him for the lands, that he had no title and that nothing passed by the sale.

Action of ejectment for six acres of land. Plea not guilty. Issue to the jury.

Plaintiffs' title — A deed from a collector dated 3d of April A. D. 1788, who took and sold the land as Congden's estate for the payment of his taxes.

The defendant admits himself to be in possession, but says the plaintiffs have no title, for that he had no right to the land when it was taken by the collector.

To which it was replied, and adjudged — That the defendant has been paid for it, as much as though it was his, it having been sold as his, for satisfaction of his taxes; he is therefore estopped to say that he had nothing in the land: Besides the plaintiffs have a deed of the land, which is paramount to the naked possession of the defendant.

Verdict and judgment, for the plaintiffs.